UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ian Alfred Anderson | ) | CASE NO. 04-10269 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |
| | | Honorable Joan A. Lloyd |

**MOTION TO DISTRIBUTE UNCLAIMED MONIES**

The undersigned, Michael W. McClain Esquire, counsel for The Locator Services Group Ltd., attorney-in-fact for HSBC as successor in interest to Direct Merchants Credit Card Bank NA, by counsel, moves this court for entry of an order directing the Clerk of the Court to remit to the Movant the sum of $4,373.52, said funds having been deposited into the Treasury of the United States pursuant to order of this Court as unclaimed funds for creditor Direct Merchants Credit Card Bank NA.

Movant further states that:

1. It appearing that in the above-named case a dividend check in the amount of $4,373.52 made payable to Direct Merchants Credit Card Bank NA was not negotiated by said creditor, and the Trustee, having issued a stop payment on the unnegotiated dividend check, subsequently deposited $4,373.52 into the Registry Account for Unclaimed Monies to be held in said account for the benefit of Direct Merchants Credit Card Bank NA.

2. The original disbursement was not presented for payment within 90 days after issuance, apparently, because the original check was never received by creditor. It was likely lost in the mail due to a change of address or corporate name change.

3. Trustee filed his Notice of Unclaimed Dividend - Rule 3011 and listed Direct Merchants Credit Card Bank NA as the creditor to whom the unclaimed funds are owed.

4. Movant is a "funds locator" who has been retained by the creditor. Movant has obtained an Original Power of Attorney from the individual creditor or the duly authorized representative for the business or the corporation named as the creditor in the order depositing funds into the court. A true and accurate copy of the Power of Attorney is attached hereto as **Exhibit A**.

5. Movant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other Motion for this claim is currently pending before the court, or that any party other than the Movant is entitled to submit a Motion for this claim.

Respectfully submitted,

/s/ Michael W. McClain
Michael W. McClain
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2500
Louisville, KY 40202-2898
(502) 562-7365

Counsel for Movant, The Locator Services Group Ltd., attorney-in-fact for HSBC as successor in interest to Direct Merchants Credit Card Bank NA

Tax ID No. 20-1177241

**Payment Address:**
The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon U.S. Attorney for the Western District of Kentucky, Bank of Louisville Building, 510 West Broadway, Louisville, Kentucky 40202, via regular U.S. mail, postage prepaid, on August 10, 2007.

/s/ Michael W. McClain
Michael W. McClain